812

No. 6, Misc.   GALVAN *v.* PRESS, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari granted.   *Harry Wolpin* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Murry Lee Randall* for respondent.

No. 26.   IN RE WRIGHT.   Supreme Court of Nevada. Certiorari denied.   *Warren E. Miller* for petitioner.   *Toy R. Gregory* for the State Bar of Nevada, respondent.

No. 42.   GRAVES, INCORPORATED *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied. *William Saunders Henley* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, S. Dee Hanson* and *John R. Benney* for respondent.

No. 45.   NEW PITTSBURGH COAL Co. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.   *Chalmers M. Parker* for petitioner.   *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *Fred E. Youngman* for the United States.

No. 46.   McCORMICK *v.* LEWIS ET AL.   C. A. 5th Cir. Certiorari denied.   *John M. Coe* for petitioner.   *E. Dixie Beggs* for respondents.

No. 58.   PENNSYLVANIA MUTUAL LIFE INSURANCE Co. *v.* HARDING.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.   *M. Stuart Goldin* for petitioner.